**FILED**

August 30, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,   )<br>v.    )<br>  )<br>KEVIN KUESTER,   )<br>  )<br>       Defendant.   ) | Case No. 2:12-CR-00198-MCE-22<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN KUESTER, Case No. 2:12-CR-00198-MCE-22, Charge  Title 21 USC §§ 846; 841(A)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $300,000 ($100,000 secured, remainder unsecured)

        ✔ Unsecured Appearance Bond ($100,000 by dft, $100,000 by ex-wife)

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)   with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 30, 2012  at  4:10   pm .

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge