Robert J. Saria, SBN: 128749
SARIA & SARIA, Attorneys at Law
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone:  (916) 631-3553
Facsimile: (916) 224-0192
Email:  RJSaria@SariaAttorneys.net
Attorney for Defendant Kevin Kuester

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Case No.: 2:12-CR-00198-MCE-22 |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| vs. | |
| KEVIN KUESTER et al., | |
| Defendant | |

    Defendant KEVIN KEUSTER hereby waives his right to be personally present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other such action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

///

///

///

///

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE - 1

Defendant hereby requests this Court to proceed during every absence of his which the Court may permit pursuant to his waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence

Dated:   April 20, 2015              /s/ Kevin Kuester
                                     KEVIN KUESTER


APPROVED:

/s/  Robert J. Saria
ROBERT J. SARIA
Counsel for Defendant Kevin Kuester


**IT IS SO ORDERED.**

Dated:  April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT