Robert J. Saria, SBN: 128749
SARIA & SARIA, Attorneys at Law
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone:  (916) 631-3553
Facsimile: (916) 224-0192
Email:  RJSaria@SariaAttorneys.net

Attorney for Defendant Kevin Kuester

# UNITED STATES DISRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KEVIN KUESTER,<br><br>        Defendant | Case No.: 2:12-CR-00198-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:   June 16, 2016<br>Time:   10:00 am<br>Judge:  Hon. Morrison C. England, Jr. |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and the defendant Kevin Kuester, by and through his attorney, Robert J. Saria, hereby stipulate that the date for Judgment and Sentencing now set for June 16, 2016 at 10:00 am be continued to July 14, 2016 at 10:00 am.

This stipulated continuance is necessary due the unavailability of defendant's counsel

//

//

//

who is engaged in a jury trial before the California Superior County in and for the County of Sacramento.

**IT IS SO STIPULATED.**

Dated: June 8, 2016        /s/ Robert J. Saria

                                    Robert J. Saria
                                    Attorney for Defendant Kevin Kuester

Dated: June 8, 2016        /s/ Richard Bender

                                    Richard Bender
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  June 9, 2016

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE