Robert J. Saria, SBN: 128749
SARIA & SARIA, Attorneys at Law
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone:  (916) 631-3553
Facsimile: (916) 224-0192
Email:  RJSaria@SariaAttorneys.net

Attorney for Defendant Kevin Kuester

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN KUESTER,<br><br>　　　　　Defendant | Case No.: 2:12-CR-00198-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:　July 14, 2016<br>Time:　10:00 am<br>Judge:　Hon. Morrison C. England, Jr. |

　　　With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and the defendant Kevin Kuester, by and through his attorney, Robert J. Saria, hereby stipulate that the date for Judgment and Sentencing now set for July 14, 2016 at 10:00 am be continued to August 25, 2016 at 10:00 am.

///

///

///

///

///

///

This stipulated continuance is necessary due the unavailability of defendant's counsel who is engaged in a jury trial before the California Superior County in and for the County of Sacramento.

IT IS SO STIPULATED.

Dated: July 11, 2016                    /s/ Robert J. Saria

                                        Robert J. Saria
                                        Attorney for Defendant Kevin Kuester

Dated: July 11, 2016                    /s/ Richard Bender

                                        Richard Bender
                                        Assistant United States Attorney

IT IS SO ORDERED.

Dated: July 14, 2016

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE